IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIBU A. WILLIAMS, AP1400, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ROBERT W. FOX, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 15-3069 CRB (PR) <br><br> ORDER TO SHOW CAUSE <br><br> (Dkt. #4) |

Petitioner, a state prisoner incarcerated at the California Medical Facility in Vacaville, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a conviction from Contra Costa County Superior Court. He also seeks to proceed <u>in forma pauperis</u> under 28 U.S.C. § 1915.

**BACKGROUND**

Petitioner was convicted by a jury of second degree robbery. The court also found true the allegation that petitioner had a prior conviction of first degree burglary, a violent felony and a strike. On April 19, 2013, petitioner was sentenced to nine years in state prison.

Petitioner unsuccessfully appealed his conviction to the California Court of Appeal and the Supreme Court of California, which on September 24, 2014 denied review of a petition allegedly raising the same claim raised here.

**DISCUSSION**

A.  Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B.  Claims

Petitioner seeks federal habeas corpus relief on the ground that the trial court prejudicially erred in delivering to the jury two written instructions which had been withdrawn by counsel and therefore had not been orally read to the jury by the court. Liberally construed, the claim appears cognizable under § 2254 and merits an answer from respondent. See Zichko v. Idaho, 247 F.3d 1015, 1020 (9th Cir. 2001) (federal courts must construe pro se petitions for writs of habeas corpus liberally).

**CONCLUSION**

For the foregoing reasons and for good cause shown,

1.  Petitioner's request to proceed in forma pauperis (dkt. #4) is GRANTED.

2.  The clerk shall serve a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney

2

1  General of the State of California.  The clerk also shall serve a copy of this order
2  on petitioner.

3        3.     Respondent shall file with the court and serve on petitioner, within
4  60 days of the issuance of this order, an answer conforming in all respects to Rule
5  5 of the Rules Governing Section 2254 Cases, showing cause why a writ of
6  habeas corpus should not be granted.  Respondent shall file with the answer and
7  serve on petitioner a copy of all portions of the state trial record that have been
8  transcribed previously and that are relevant to a determination of the issues
9  presented by the petition.

10      If petitioner wishes to respond to the answer, he shall do so by filing a
11  traverse with the court and serving it on respondent within 30 days of his receipt
12  of the answer.

13        4.     Respondent may file a motion to dismiss on procedural grounds in
14  lieu of an answer, as set forth in the Advisory Committee Notes to  Rule 4 of the
15  Rules Governing Section 2254 Cases.  If respondent files such a motion,
16  petitioner must serve and file an opposition or statement of non-opposition not
17  more than 28 days after the motion is served and filed, and respondent must serve
18  and file a reply to an opposition not more than 14 days after the opposition is
19  served and filed.

20        5.     Petitioner is reminded that all communications with the court must
21  be served on respondent by mailing a true copy of the document to respondent's
22  counsel.  Petitioner must also keep the court and all parties informed of any
23  change of address.

24  SO ORDERED.

25  DATED:  Sept.1, 2015

26  CHARLES R. BREYER
    United States District Judge

27  G:\PRO-SE\CRB\HC.15\Williams, K.15-3069.osc.wpd

28      3